**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., ET AL. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0044-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., ET AL. | § | |
| | | |
| UNILOC USA, INC., ET AL. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0072-JRG-RSP |
| | § | |
| HUAWEI DEVICE USA, INC., ET AL. | § | |

---

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**March 18, 2019**

**OPEN:  9:00 am**                                             **ADJOURN: 9:50 am**

---

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEY FOR DEFENDANTS:          See attached

TECHNICAL ADVISOR:                         Don Tiller

LAW CLERK:                                          Jonathan Todd

COURT REPORTER:                             Tammy Goolsby

COURTROOM DEPUTY:                       Becky Andrews

Court opened.   Case called.   James Foster announced ready and introduced co-counsel.   Blake Thompson announced ready and introduced co-counsel.   Melissa Smith announced ready and introduced co-counsel

The Court heard argument on a term by term basis.   James Foster presented argument on behalf of Plaintiff.   Allan Kassenoff and Shaun Hassett presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.

Allan Kassenoff then argued Defendants' Motion for Protective Order (Dkt. No. 70).   Mr. Foster responded.   The Court took the motion under submission.